EXHIBIT 3













