AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

TONY THAI

*Plaintiff(s)*

v.

WILD EYE DESIGNS INC.

*Defendant(s)*

Civil Action No. 2:15-CV-01165

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Warren Horwitz
c/o Wild Eye Designs Inc.
5380 N. Ocean Drive, Suite 3J
Eastpoint II
Singer Island, Florida 33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron P. Peacock
Gagnon, Peacock & Vereeke, PLLC
4245 N. Central Expressway
Suite 250, Lock Box 104
Dallas, Texas 75205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/13/15

CLERK OF COURT

*David Maland*
Signature of Clerk or Deputy Clerk

EXHIBIT
B-2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warren Horwitz
   c/o Wild Eye Design
   5380 Ocean Dr, Ste. 3J
   Eastpoint II
   Singer Island, FL
   33404

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   F. J. L.  Jr                    8/17

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ■ Certified Mail    ☐ Express Mail
   ☐ Registered       ■ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark Here

Sent To: Horwitz / Thai CASE
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006     See Reverse for Instructions

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-01165

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Warren Horwitz__

was received by me on *(date)* __August 14, 2015__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Warren Horwitz__, who is designated by law to accept service of process on behalf of *(name of organization)* __Wild Eye Design, Inc.__ via CMRR 70112000000261608266 on *(date)* __August 17, 2015__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __August 27, 2015__

_____
Server's signature

__Cecilia Espinosa, Legal Assistant__
Printed name and title

__Gagnon, Peacock & Vereeke, PLLC__
__4245 N. Central Expy, Ste 250, Dallas, TX 75205__
Server's address

Additional information regarding attempted service, etc:

# GAGNON, PEACOCK & VEREEKE, PLLC

*Attorneys and Counselors at Law*

D.G. Gagnon
J.B. Peacock, Jr.
David M. Vereeke*
Aaron P. Peacock†
Colin P. Benton

\* Board Certified-Personal Injury Trial Law
Board Certified-Civil Trial Law
Texas Board of Legal Specialization
† Admitted in the US Patent & Trademark Office

Highland Park Tower, Second Floor
4245 N. Central Expressway
Suite 250, Lock Box 104
Dallas, Texas 75205
Telephone: (214) 824-1414
Telecopier: (214) 824-5490
www.GapsLegal.com

Cecilia Espinoza, Legal Assistant
Cecilia@GapsLaw.com

August 14, 2015

VIA CMRR 7011 2000 0002 6160 8266
Warren Horwitz
c/o Wild Eye Designs Inc.
5380 N. Ocean Drive, Suite 3J
Eastpoint II
Singer Island, Florida 33404

RE:   Case No. 2:15-cv-1165; *Tony Thai v. Wild Eye Designs Inc.*; in the U.S. District Court for the Eastern District of Texas, Marshall Division.

Dear Mr. Horwitz:

Enclosed please find the following:

1. Summons in a Civil Action
2. Plaintiff's Original Complaint
3. Civil Cover Sheet
4. Certificate of Interested Persons

Thank you for your attention to this matter.

Yours truly,

Cecilia Espinoza
Legal Assistant

Enc.