IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TONY THAI, | § |
| | § |
| Plaintiff, | § |
| | § |
| | § |
| v. | § CIVIL ACTION NO. 2:15-CV-01165 |
| | § |
| | § |
| WILD EYE DESIGNS INC., | § |
| | § |
| Defendant. | § |

**ORDER ON PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

The Clerk, having considered Plaintiff's Request for Entry of Default, that service of process was made on Defendant, that more than twenty-one (21) days has elapsed since service of process was made on Defendant and that no answer or response by Defendant has been made, is of the opinion that the Plaintiff's Request for Entry of Default should be granted.

IT IS ORDERED that the Request for Entry of Default filed by Plaintiff is hereby GRANTED.